**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01281-REB-KMT

MICHAEL MCDONALD,

    Plaintiff,

v.

SEARS AND ROEBUCK,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#35][1] filed November 17, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#35] filed November 17, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for August 3, 2011, is **VACATED**;

3. That the jury trial set to commence August 20, 2011, is **VACATED**; and

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 17, 2011, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge